IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11141
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HOA GIA TRAN,

Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CR-203-X
- - - - - - - - - -
August 2, 1996

Before KING, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Hoa Gia Tran appeals from the district court's denial of his motion to suppress.  Tran argues that his warrantless arrest was not supported by probable cause.  Based upon the testimony presented at the hearing on Tran's motion to suppress, we conclude that the officers had probable cause to arrest Tran.  See United States v. Carrillo-Morales, 27 F.3d 1054, 1062 (5th Cir. 1994).  Accordingly, the judgment of the district court is AFFIRMED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.